UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES OSHER, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-01025-CDP |
| | ) | |
| CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

## ORDER

Pursuant to the order of recusal by the Honorable Catherine D. Perry on July 20, 2026,

**IT IS HEREBY ORDERED** that the above styled cause is reassigned to the Honorable

John A. Ross.


July 20, 2026                                   *Nathan M. Graves*                    /
Date                                              Clerk of Court

                                    By:   /s/ Nikki Phillips            /
                                          NIKKI PHILLIPS
                                          Deputy Clerk


**In all future documents filed with the Court, please use the following case number: 4:26-CV-01025-JAR**