**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES OSHER, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:26-cv-01025-JAR |
| CITY OF ST. LOUIS, et al., | ) | |
| Defendants. | ) | |

# ORDER

This matter is before the Court on Defendants' Motion to Dismiss. (ECF No. 10). Plaintiff has since filed a First Amended Complaint within the timeframe in which a party may amend its pleading as a matter of course, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). (ECF No. 14). In light of that filing, Defendants' Motion to Dismiss directed to the original complaint is now moot.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (ECF No. 10) is **DENIED as moot**.

Dated this 9th day of September, 2026.

John A. Ross
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE