**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMES OSHER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:26-CV-01025** |
| | ) | |
| **CITY OF ST. LOUIS, et al.,** | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

COME NOW Defendants City of St. Louis ("City"), St. Louis Development Corporation ("SLDC"), Land Clearance for Redevelopment Authority of the City of St. Louis ("LCRA), LCRA Holdings Corporation ("LCRAHC"), Development Resource Partners, LLC ("DRP"), and Otis Williams (collectively, "Defendants"), and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss Plaintiff James Osher's ("Plaintiff") Amended Complaint. In support thereof, Defendants state as follows:

1. This action arises from Plaintiff's 2016 displacement by eminent domain and his longstanding contention that he was entitled to additional relocation benefits under the Uniform Relocation Assistance Act ("URA"), 42 U.S.C. §4601, *et seq*.

2. Each claim in Plaintiff's seven-count Amended Complaint relies on his contention that an environmental assessment conducted in relation to the project giving rise to his displacement constitutes "Federal financial assistance" under the Uniform Relocation Assistance and Real Property Acquisition Policies Act ("URA"), thereby entitling him to URA relocation benefits.

3. However, Plaintiff's own exhibits show that the environmental work was funded through Missouri sources and that the acquisition project was entirely locally funded. Accordingly, each count fails under Plaintiff's own legal theory.

4. Furthermore, Plaintiff's claims are barred by collateral estoppel because the issue of whether federal funds were involved in the acquisition project was previously litigated and decided against Plaintiff in state administrative proceedings after a full and fair opportunity to be heard.

5. Plaintiff's claims are also barred by the applicable statutes of limitation, as the acquisition of his property occurred over a decade ago, and otherwise fail to state a claim.

6. Defendants submit the accompanying Memorandum in Support of their Motion to Dismiss, which Defendants incorporate herein by reference.

WHEREFORE, Defendants respectfully request that this Court enter an Order dismissing Plaintiff's Amended Complaint for failure to state a claim and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

CARMODY MACDONALD P.C.

By: /s/ Ryann C. Carmody

Ryann C. Carmody, #56831MO
Gerard T. Carmody #24769MO
Lucy K. Downing #73685MO
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone (314) 854-8600
Facsimile (314) 854-8660
rcc@carmodymacdonald.com
gtc@carmodymacdonald.com
lkd@carmodymacdonald.com

*Attorneys for Defendants City of St. Louis, St. Louis Development Corporation, Land Clearance for Redevelopment Authority of the City of St. Louis, LCRA Holdings Corporation, Development Resource Partners, LLC, and Otis Williams*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 19th day of October 2026, the foregoing was filed with the Clerk of Court electronically, to be served by operation of the Court's electronic filing system upon all counsel of record and served by U.S. mail to the following:

James Osher
2830 Magazine Street
Saint Louis, MO 63106

/s/ Ryann C. Carmody